CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKx

APR 19 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN CAMYN,<br>    Plaintiff, | ) )<br>) | Civil Action No. 7:12-cv-00143 |
| v. | ) )<br>) | **ORDER** |
| UNKNOWN,<br>    Defendant. | )<br>) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis is **GRANTED**; plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge